UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED for extension to 12/17/13.==

*/s/ Judge Trauger*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:07-00255 |
| ) | JUDGE TRAUGER |
| BENJI AMOS a/k/a ) | |
| BENJI EDWANE ROBINSON ) | |

## MOTION TO EXTEND THE BUREAU OF PRISONS REPORT DATE

Comes the defendant, Benji Amos, through counsel and respectfully requests that the Court extend the Bureau of Prisons report date from November 20, 2013 (D.E. 79) until December 17, 2013. Mr. Amos would show that he is enrolled in a Positive Parenting class provided through the Family Center. Initially, Mr. Amos was to complete the parenting class on or about November 13, 2013, as a requirement of his pending Davidson County matter scheduled for November 19, 2013. The undersigned has been advised that Mr. Amos's parenting class has been rescheduled for December 11, 2013. (see Exhibit A). Mr. Amos seeks to attend that class and then report his attendance to the Metro Court on December 16, his next scheduled court date. (see Exhibit B).

Assistant U.S. Attorney Cecil VanDevender and U.S. Probation Officer Kara Sanders have been advised of this motion, and have no objections.